No. D–958. In re Disbarment of Noble. Disbarment entered. [For earlier order herein, see 498 U. S. 1020.]

No. D–969. In re Disbarment of Finkelstein. Joseph J. Finkelstein, of Miami, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 25, 1991 [498 U. S. 1117], is hereby discharged.

No. D–974. In re Disbarment of Bowers. Disbarment entered. [For earlier order herein, see *ante,* p. 902.]

No. D–991. In re Disbarment of LeLouis. It is ordered that Edward C. LeLouis, of Bakersfield, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–992. In re Disbarment of Crowley. It is ordered that Dennis D. Crowley, of Rye, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–993. In re Disbarment of Berger. It is ordered that Murray Berger, of Great Neck, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–994. In re Disbarment of Crosley. It is ordered that John Stephen Crosley, of La Selva Beach, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–813. Houston Lawyers' Assn. et al. *v.* Attorney General of Texas et al.; and

No. 90–974. League of United Latin American Citizens et al. *v.* Attorney General of Texas et al. C. A. 5th Cir. [Certiorari granted, 498 U. S. 1060.] Motion of Florida Conference of Circuit Judges et al. for leave to file a brief as *amici curiae* granted. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* in No. 90–974 granted.